86 F.3d 147
 In re Donald TAFFI; Madelaine Taffi, Debtors.
Donald TAFFI; Madelaine Taffi, Plaintiffs-Appellants,
v.
UNITED STATES of America, Defendant-Appellee.
 Nos. 94-55011, 94-55019.
 United States Court of Appeals,
Ninth Circuit.
 June 3, 1996.
 
 Prior report: 68 F.3d 306.
 PROCTER HUG, Jr., Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.